November 25, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

GERMAINE JAMES, Appellant

NO. 14-14-00582-CV                    V.

JOSE AGUILERA, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on July 15, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Germaine James.

We further order this decision certified below for observance.